UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles Stevens

    v.                                      Civil No. 07-cv-258-PB

NH Governor, et al.

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $15.20 is due no later than September 20, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                              _____
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: August 20, 2007

cc:    Charles Stevens, pro se
        Bonnie S. Reed, Financial Administrator
        NH State Prison, Inmate Accounts